FILED

NOT FOR PUBLICATION

SEP 27 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WALTER DE JESUS MONTERROSA-CRUZ, a.k.a. Walter De Jesus Monterrosa, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 08-73071 <br><br> Agency No. A037-222-334 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2010[**]

Before:     SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

Walter De Jesus Monterrosa-Cruz, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' order summarily

affirming his appeal from an immigration judge's removal order. We have

jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

_____

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

The agency denied Monterrosa-Cruz's request for relief under former section 212(c), 8 U.S.C. § 1182(c) (repealed 1996), for failure to submit his fingerprints by the deadline imposed by the IJ. *See* 8 C.F.R. § 1003.47(c). The agency, however, did not have the benefit of our intervening decision in *Cui v. Mukasey*, 538 F.3d 1289 (9th Cir. 2008), which held that refusing to continue proceedings for fingerprint processing may be an abuse of discretion. We remand for the agency to reconsider its denial of Monterrosa-Cruz's application in light of *Cui*. *See* 538 F.3d at 1292-95; *see also Karapetyan v. Mukasey*, 543 F.3d 1118, 1129-32 (9th Cir. 2008).

**PETITION FOR REVIEW GRANTED; REMANDED.**